UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHANIE WATSON,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendants.
                                        /

Case No. 16-14355

Honorable Nancy G. Edmunds

## **ORDER AND OPINION ACCEPTING THE MAGISTRATE JUDGE'S MARCH 2, 2018 REPORT AND RECOMMENDATION [16]**

Currently before the Court is the magistrate judge's March 2, 2018 report and recommendation on cross-motions for summary judgment. The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D.Mich. Aug. 24, 2012) (citation omitted). The Court nevertheless agrees with the magistrate judge's recommendation. The Court therefore ACCEPTS and ADOPTS the magistrate judge's report and recommendation.

It is further ordered that Plaintiff's Motion for Summary Judgment [12] is GRANTED, Defendant's Motion for Summary Judgment [14] is DENIED, and the matter is REMANDED to the Commissioner for proceedings consistent with the Report and Recommendation [16].

SO ORDERED.

s/Nancy G. Edmunds

Nancy G. Edmunds
				United States District Judge

Dated: March 19, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 19, 2018, by electronic and/or ordinary mail.

				s/Lisa Bartlett
				Case Manager