**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

STEPHANIE WATSON,

       Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.

_____/

Case No. 16-14355

Honorable Nancy G. Edmunds

### ORDER ACCEPTING THE MAGISTRATE JUDGE'S
### AUGUST 24, 2018 REPORT AND RECOMMENDATION [23]

Pending before the Court is the magistrate judge's August 24. 2018 report and recommendation. (ECF No. 23.)  The magistrate judge recommends that the Court deny Plaintiff's motion for attorney fees (ECF No. 19). (*See id.*)  The Court is fully advised in the premises and has reviewed the record and the pleadings.   Neither party filed objections to the magistrate judge's report and recommendation.  "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter."  *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citation omitted).   The Court nevertheless agrees with the magistrate judge's recommendation.  The Court therefore **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation, and **DENIES** Plaintiff's motion for attorney fees.

     **SO ORDERED.**

               s/Nancy G. Edmunds
               Nancy G. Edmunds
               United States District Judge

Dated:  June 5, 2019

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 5, 2019, by electronic and/or ordinary mail.

<u>s/Lisa Bartlett</u>
Case Manager